

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2020

No. 04-19-00575-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

## O R D E R

Extension of time to file Reporter's Record is this date NOTED. Time is extended to April 3, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court